# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CV 12-08455 JVS (MLGx) | Date June 18, 2013 |
| Title Essociate Inc. v. Neverblue Media Inc. | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Returning this Action to the Clerk for Reassignment of Magistrate Judge Due to the Unavailability of Judicial Officer

    The Magistrate Judge to whom the above-entitled case was previously assigned is no longer available.   The Court hereby ORDERS that the above referenced action is returned to the Clerk for random reassignment to a new Magistrate Judge.

    The Court directs that any discovery matters that are referred to the newly assigned Magistrate Judge.

| | 00 : 00 |
|---|---|
| Initials of Preparer | kjt |